*[Handwritten annotations: "OK, Conference adjourned" with signature "Colleen McMahon" dated 2/1/2024]*

**MEMO ENDORSED**

# SKYERLAW

February 1, 2024

THE LAW OFFICES OF REGINA SKYER
AND ASSOCIATES, L.L.P.

REGINA SKYER, ESQ.
JESSE C. CUTLER, ESQ.
GREGORY CANGIANO, ESQ.
DIANA GERSTEN, ESQ.

ALEXANDRA ABEND, ESQ.
SONIA M. CASTRO, ESQ.
JAIME CHLUPSA, ESQ.
STEPHANIE DE ANGELIS, ESQ.
JACQUELINE DEVORE, ESQ.
LINDA GOLDMAN, ESQ.
TERI HOROWITZ, ESQ.
KERRY M. MCGRATH, ESQ.
HEATHER MENDEZ, ESQ.
WILLIAM M. MEYER, ESQ.
TIMOTHY NELSON, ESQ.
MARY PARK, ESQ.
RICKI PARKS, ESQ.
LAUREN RABINOWITZ, ESQ.

Honorable Colleen McMahon
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street, Room 24A
New York, NY 10007

**VIA ECF**

*[SDNY ECF stamp: DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/1/2024]*

    Re:    *A.C. et al v. the City School District of the City of New York*
            *23-cv-9729 (CM)*

Dear Judge McMahon:

    This office represents Plaintiffs A.C., et al, on behalf of their child. Plaintiffs are the prevailing parties in an underlying administrative lawsuit regarding the education of their disabled child and seek attorneys fees and costs from Defendant in this matter.

    I am respectfully requesting an adjournment of the Initial Pretrial Conference, scheduled for today, February 1, 2024, at 11am. Plaintiffs have filed a Request for Issuance of a Summons in this matter and are awaiting the signing of this Summons by the Clerk of Court. I anticipate serving the Summons and Complaint on Defendant today.

    This is the first request for any adjournment.

    I apologize for the delay in serving Defendant in this matter, and for the late nature of my request for adjournment of the scheduled conference.

                                Sincerely,

                                JESSE COLE CUTLER

142 JORALEMON STREET
SUITE 1120
BROOKLYN, NY 11201

445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

666 OLD COUNTRY ROAD
SUITE 305
GARDEN CITY, NY 11530

TEL 212-532-9736
FAX 212-532-9846

SKYERLAW.COM